## NORTHLAND ELECTRICAL SERVICES, L.L.C., Appellant,

v.

## CAR CREDIT, INC., Respondent.

### No. WD 73115.

Missouri Court of Appeals, Western District.

Sept. 20, 2011.

Dennis J. Owens and Jonathan Sternberg, Kansas City, MO, for appellant.

Frank C. Devries, Kansas City, MO, for respondent.

Before: VICTOR C. HOWARD, P.J., and ALOK AHUJA and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Northland Electrical Services, LLC, appeals a judgment entered by the Circuit Court of Jackson County, following a bench trial, which found that Northland had failed to prove that an oral contract existed for the performance of electrical work between Northland and respondents Car Credit, Inc., and 2716 E 14th Street, LLC (collectively "Car Credit"). Having rejected Northland's breach of contract theory, the trial court instead awarded Northland damages on its alternative *quantum meruit* claim. Northland asserts on appeal that it is undisputed that Northland and Car Credit had agreed to the essential terms of a contract, and that this case should therefore be remanded for a new trial on damages on its breach of contract claim. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).